## ARTISTIC CREATIONS, INC. v HYATT CORPORATION, et al.

Case No. 85-289 AP (County Court Case No. 83-5587, CC23)

Eleventh Judicial Circuit, Appellate Division, Dade County

March 6, 1987

### APPEARANCES OF COUNSEL

**Howard Horowitz** for appellant.

**Leonard H. Bloom** for appellees.

Before GOLDMAN, KAYE, FEDER, JJ.

### OPINION OF THE COURT

PER CURIAM.

This is an appeal from a final summary judgment entered in favor of the defendant. We reverse.

The record in this case clearly reflects a number of disputed factual issues which cannot be resolved as a matter of law. The Plaintiff failed to establish the non-existence of material issues. *Levey v. Getelman,* 408 So.2d 663 (Fla. 3d DCA 1981); *Fletcher v. Petman Enterprises, Inc.,* 324 So.2d 135 (Fla. 3d DCA 1975).

The Judgment is reversed and the cause remanded to the trial court for a trial on the merits of the case.